\*\*E-filed 5/25/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00091 JF |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| v. | ) | |
| | ) | |
| JERAME LEE NEWTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have jointly requested and stipulated to a continuance of the sentencing hearing set for June 7, 2006, on grounds that the defense requires additional time to review and respond to both the draft and final versions of the Presentence Investigation Report, including supporting documentation relied upon therein by the U.S. Probation Office,

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for June 7, 2006, is continued to July 5, 2006, at 9:00 a.m.

Dated: May  24 , 2006

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING SENTENCING
No. CR 06-00091 JF                                       1

Distribute to:

Ruben L. Iñiguez
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Counsel for Defendant

Shawna Yen
Assistant United States Attorney
150 Almaden, Suite 900
San Jose, CA 95113
Counsel for the United States

Jessica Goldsberry
U.S. Probation Officer
1301 Clay Street, Suite 2208
Oakland, CA 94612